UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>        Plaintiff,<br><br>   v.<br><br>PEOPLEREADY, INC,<br><br>        Defendant. | No. 2:23–cv–306–DAD–KJN PS<br><br>ORDER |

      This action has been assigned to Chief Magistrate Judge Kendall J. Newman. Because at least one party proceeds without the assistance of counsel, the Local Rules dictate the Magistrate Judge will (1) resolve all non-dispositive matters, and (2) conduct all hearings and issue findings and recommendations on any dispositive matters. See Local Rule 302(c)(21).

      The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. See Local Rule 160.

      The assigned district has adopted the undersigned's recommendations regarding the state of the pleadings. (ECF No. 15.) Under that order, the case is to proceed solely on plaintiff's claim under Cal. Lab. Code § 98.6 against defendant People Ready, Inc. (Id.) Given that defendant has already filed its answer for this claim (see ECF No. 1), the case requires scheduling.

///

1

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within 30 days of this order, the parties shall discuss, in person or by telephone, their obligations to transmit mandatory disclosures to the other parties, as required by Federal Rule of Civil Procedure 26.  During their meeting, the parties shall discuss whether this case should be stayed and referred to mediation in the court's Voluntary Dispute Resolution Program.  The parties should also confer on discovery and trial deadlines.

2. Within 14 days after this conferral, the parties shall file a joint status report with the court for the entry of a pretrial scheduling order.  This report shall address the relevant portions of Local Rule 240(a) including subsections (1), (2), (4), (8), (11), (12), (16), (17), and (18); shall include the parties' statement(s) of the case; and may address any other matters the parties believe are important for scheduling purposes.  A hearing shall take place on Tuesday, August 22, 2023 at 9:00 a.m. by remote means.  The parties will receive instructions from the court on how to appear as the hearing date approaches.

Dated:  June 26, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hill.306